```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

BILLIE J. BELMONT,              )
                                )
         Plaintiff,             )       4:05CV3149
                                )
    v.                          )
                                )
JO ANNE B. BARNHART,            )       MEMORANDUM AND ORDER
Commissioner of Social          )
Security,                       )
                                )
         Defendant.             )

This is a social security appeal.  Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed.  Accordingly,

IT IS ORDERED that:

1.  This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2.  Plaintiff shall file a brief by December 9, 2005;

3.  Defendant shall file a brief by January 9, 2006;

4.  Plaintiff may file a reply brief by January 23, 2006;

5.  This case shall be ripe for decision on January 27, 2006.

DATED this 8th day of November, 2005.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge