IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE J. BELMONT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3149 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The plaintiff's motion for extension of time to file a brief, filing 10, is granted. The plaintiff's brief shall be filed on or before January 23, 2006.

DATED this 28th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge