```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

BILLIE J. BELMONT,              )
                                )
           Plaintiff,           )         4:05CV3149
                                )
     v.                         )
                                )
SOCIAL SECURITY                 )         ORDER
ADMINISTRATION,                 )
                                )
           Defendant.           )
                                )

The government's unopposed motion for a thirty (30) day extension of time in which to respond to plaintiff's brief, filing 14, is granted. The defendant's response shall be filed on or before March 20, 2006.

DATED this 16th day of February, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge